IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MUJAAHIDA MALI RASHEEDAH BINT DUFFY,**

    **Plaintiff,**

v.      Case     No. 1:15cv37-MW/GRJ

**JEFFREY BATES, ET AL.,**

    **Defendants.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5.[1]  Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  This cause is **DISMISSED** as this Court does not have subject matter jurisdiction over the claim and pursuant to 28 U.S.C. §

---

[1] While Plaintiff filed her objections with the case style of United States of America v. Matilda Jean Renfro, the case number was correct and it appeared from the contents of the objection that Plaintiff was indeed referring to the above-styled case.

1

1915(e)(2)(B) because Plaintiff has failed to state a claim upon which relief may be granted. The Clerk shall close the file.

**SO ORDERED on March 24, 2015.**

              <u>s/Mark E. Walker</u>
              **United States District Judge**